UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY NORMAN,

        Plaintiff,

                                  Case No. 5:05-CV-93

v.

                                  HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on May 23, 2006. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge affirming the Commissioner's decision denying Plaintiff's claim for disability insurance benefits, filed May 23, 2006, (docket no. 14) is approved and adopted as the opinion of the court.

Dated: June 16, 2006                               /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                             UNITED STATES DISTRICT JUDGE